# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1478

_____

Debra Uriel,                                    *
                                                *
              Appellant,                        *
                                                *    Appeal from the United States
         v.                                     *    District Court for the
                                                *    District of Nebraska.
William Henderson, Postmaster                   *
General,                                        *         [UNPUBLISHED]
                                                *
              Appellee.                         *

_____

Submitted:  September 7, 1999
    Filed:   September 16, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Debra Uriel appeals from the district court's[1] order dismissing her wrongful discharge action for lack of subject matter jurisdiction and failure to state a claim. After de novo review, we find the district court's dismissal was proper. Accordingly, we affirm. See 8th Cir. Rule 47B.

_____

[1]The Honorable William G. Cambridge, Chief Judge, United States District Court for the District of Nebraska.

A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.